FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBORAH LEE,<br><br>                    Plaintiff,<br><br>         v.<br><br>LINDA HUBER, individually, acting in the capacity of Mayor of the CITY OF KITTITAS, and the CITY OF KITTITAS,<br><br>                    Defendants. | No.   1:16-CV-3076-SMJ<br><br>**ORDER DISMISSING CASE** |

On August 26, 2016, the parties filed a stipulated dismissal, ECF No. 12. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

**1.** The parties' Stipulation for Order of Dismissal with Prejudice and Without Costs, **ECF No. 12**, is **GRANTED.**

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 19th day of December 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2